BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-MC-00155-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $15,435.00 IN U.S. CURRENCY, | |
| Defendant | |

It is hereby stipulated by and between the United States of America and claimant Kamal E. Agamirov ("claimant"), by and through their respective counsel, as follows:

1. On or about October 2, 2014, claimant Kamal E. Agamirov filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $15,435.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 9, 2014.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is December 31, 2014.

4.	As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to January 30, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.	Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to January 30, 2015.

Dated:    12/23/14	BENJAMIN B. WAGNER
	United States Attorney

	 /s/ Kevin C. Khasigian
	KEVIN C. KHASIGIAN
	Assistant U.S. Attorney


Dated:    12/23/14	 /s/ Victor Haltom
	VICTOR HALTOM
	Attorney for Claimant Kamal E. Agamirov

	Authorized via phone


	IT IS SO ORDERED.

Dated:  January 5, 2015

	_____
	MORRISON C. ENGLAND, JR., CHIEF JUDGE
	UNITED STATES DISTRICT COURT

2

Stipulation to Extend Time to File Complaint